Deverie J. Christensen
Nevada State Bar No. 6596
Thomas W. Maroney
Nevada State Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Acelero Learning Clark County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIA IREY,<br><br>           Plaintiff<br><br>vs.<br><br>ACELERO LEARNING CLARK COUNTY,<br><br>           Defendant | Case No. 2:24-cv-01782-CDS-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Defendant Acelero Learning Clark County, by and through its counsel, and Plaintiff Francia Irey, by and through her counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 26th day of March, 2025.

| HATFIELD & ASSOCIATES, LTD. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Trevor J. Hatfield* <br> Trevor J. Hatfield, Esq. <br> Nevada State Bar No. 7373 <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Plaintiff* <br> *Francia Irey* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen <br> Nevada State Bar No. 6596 <br> Thomas W. Maroney <br> Nevada State Bar No. 13913 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Acelero Learning Clark County* |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: March 27, 2025